Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              : SUPPLEMENTAL ORDER FOR THE
        -v.-                  : INTERLOCUTORY SALE OF SPECIFIC
                              : PROPERTY
MARC DREIER,                  :
                              : 09 Cr. 85 (JSR)
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

**WHEREAS**, on February 26, 2009, upon the Stipulation of the parties, the Honorable Jed S. Rakoff, sitting in Part I, entered an Order (the "Sale Order"), a true and accurate copy of which is attached hereto as Exhibit A, for, among other things, appointment of a substitute custodian and interlocutory sale of one 2005 31.85-meter Heesen Yacht Builders B.V. motor yacht, then-registered in the Cayman Islands, Registration No. 737657, under the vessel name "Seascape," and certain related equipment used in conjunction with Seascape, including, without limitation, that certain 31' Novurania tender, Delaware registration number DL1449AB, a 11' Yamaha, Delaware Registration number DL8142AB, and a 7' Yamaha, Delaware registration number DL8141AB, (collectively, the "Subject Property"); and

MEI 8714256v.1

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

**WHEREAS**, the Government, Wachovia, and Defendant, Marc Dreier, further stipulate and agree that certain modifications to the Sale Order are necessary to facilitate the interlocutory sale of the Subject Property and that no party has any objection to the sale of the Subject Property pursuant to the terms of a certain Memorandum of Agreement, with Addenda, a true and accurate copy of which is attached hereto as <u>Exhibit B</u> (the "Agreement");

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Except as provided herein, all of the provisions of the Sale Order shall remain in full force and effect without modification. If any part or provision of this Supplemental Order is contrary to or conflicts with any part or provision of the Sale Order, this Supplemental Order shall control and govern with respect to such conflict.

2. Wachovia is hereby designated as mortgagee-in-possession for the Subject Property and shall continue to maintain custody and care of the Subject Property in such capacity until the closing of the sale of the Subject Property.

3. As mortgagee-in-possession, Wachovia shall be permitted to sell the Subject Property pursuant to the terms of the Agreement for Eleven Million Dollars ($11,000,000) to

ME1 8714256v.1

Junport International Ltd., which sale shall be consummated on or about June 23, 2009.

4. Wachovia shall retain all proceeds from the sale of the Subject Property and shall be permitted to apply the proceeds to the sums due to Wachovia under the terms of the mortgage, which bears the heading, "account current, & c," is dated January 14, 2008, and was recorded in the Cayman Islands Shipping Registry ("CISR") on January 20, 2008, as a first priority mortgage encumbering the vessel "Seascape" registered with the CISR and assigned Official No. 737657, and under paragraph 6 of the Sale Order. The parties consent to the sale of the Subject Property pursuant to the terms of Agreement, attached as Exhibit B.

5. The signature pages of this Stipulation and Supplemental Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Fax copies shall be treated as originals.

6. The Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

3

7. This Stipulation and Supplemental Order constitutes the complete agreement between the signatories hereto and may not be amended except by written consent.

4

8.  The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Anna Arreola, One St. Andrew's Plaza, New York, New York, 10007.

**LEV L. DASSIN**
Acting United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____
SHARON COHEN LEVIN

ANNA E. ARREOLA                                                    DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212)637-1060/2218

**McCARTER & ENGLISH, LLP**
Attorneys for Wachovia Bank, National
Association

By: _____/s/ Clement J. Farley_____            DATE June 18, 2009
CLEMENT J. FARLEY

A Member of the Firm
245 Park Avenue, 27th Floor
New York, New York 10167

**MARC S. DREIER**
Defendant

By: _____/s/_____ /Evan Lipton, Esq.           DATE June 19/2009
GERALD L. SHARGEL, ESQ.
Attorney for Marc Dreier
570 Lexington Avenue, 45th Floor
New York, New York 10022

SO ORDERED:

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

5

8. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Anna Arreola, One St. Andrew's Plaza, New York, New York, 10007.

**LEV L. DASSIN**
Acting United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: /s/ Sharon Cohen Levin
SHARON COHEN LEVIN

DATE June 18, 2009

ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212)637-1060/2218

**McCARTER & ENGLISH, LLP**
Attorneys for Wachovia Bank, National
Association

By: /s/ Clement J. Farley
CLEMENT J. FARLEY

DATE June 18, 2009

A Member of the Firm
245 Park Avenue, 27th Floor
New York, New York 10167

**MARC S. DREIER**
Defendant

By: _____
GERALD L. SHARGEL, ESQ.
Attorney for Marc Dreier
570 Lexington Avenue, 45th Floor
New York, New York 10022

DATE

SO ORDERED:

/s/ Jed S. Rakoff
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

6-22-09

5

ME1 8714256v.1