# 123-foot Heesen Yacht: "Seascape"
# ($16,200,324.00)

