"Seascape" – cabin

