"Seascape" – a bedroom

