111 Dune Road, Quogue, NY
rear of house



# 111 Dune Road, Quogue, NY
# aerial view

