111 Dune Road, Quogue, NY
private beach access from house

