## 109 Dune Road, Quogue, NY
## front



109 Dune Road, Quogue, NY
pool

