# 1221 Ocean Avenue, Santa Monica, CA
# Unit 1702

