# 1221 Ocean Avenue, Santa Monica, CA
## Unit 1702 – view from balcony

