2007 Aston Martin DB-9 Convertible ($207,043.29)
located at Santa Monica Apartment

