**Keith Harring, "untitled"**
**($505,000.00)**

**Damian Hirst, "Elaidic Anhydride"**
**($600,000.00)**



**Roy Lichtenstein,
"Purist Painting with Bottle"
($6,600,000.00)**

**Agnes Martin, "Loving Love"
($2,953,000.00)**





**Mark Rothko, "Unititled"**
**($5,000,000.00)**

**Roy Lichtenstein, "Reverie"**
**($265,000.00)**

 

**Robert Indiana, "Love"**
**($735,000.00)**

**Alex Katz, "Red Tulips"**
**($690,600.00)**





**Andy Warhol, "Jackie"**
**($6,500,000.00)**

**Andy Warhol, "John Lennon"**
**($5,600,000.00)**





**David Hockney,
"Chair with Book on Red Carpet"
($29,500.00)**



**Rauschenburg, "Lotus"
($18,000.00)**



**Jasper Johns, "Within 2007"**
**($50,750.00)**

**Andy Warhol, "Muhammad Ali"**
**($30,000.00)**





**Andy Warhol,
"Rudolph Nureyev"
($2,000,000.00)**

**Robert Wilson, "Salma Hayek"
($46,637.44)
(HD Media on 42" plasma TV)**





**Henri Matisse, "Grande Masque"**
**($36,000.00)**

**Henri Matisse, "Nadia Aux Cheveux Lisses"**
**($36,000.00)**



