# Luxury Apartment at One Beacon Court "Bloomberg Tower" Manhattan: 4 bedrooms, 5 baths and a 750-square-ft., East-view, terrace





East View

## Joint Interest in Real Property known as Tenemos Development, Anguilla British West Indies.





Temenos Development



Golf Course & Clubhouse

