UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA  :  AMENDED RESTITUTION ORDER

    v.  :
                                    S1 09 CR 085(JSR)

MARC DREIER,  :

        Defendant.  :

- - - - - - - - - - - - - - - -X

       It is hereby ORDERED, pursuant to Title 18, United States Code, Section 3663, 3663A, and 3664, that MARC DREIER, the defendant, pay restitution in the total amount of $388,624,929.95.

       It is further ORDERED that:

       1. Restitution shall first be paid to the victims listed in the schedule attached to this order.

       2. If restitution is made in partial payments, the victims shall receive payments on a pro rata basis according to the amounts listed in the attached schedule.

       3. If and when full restitution has been paid to the victims on the attached schedule, restitution for legal and investigative expenses shall then be paid to Eton Park Asset Management LLC in the amount of $176,331.25 and to Fortress Investment Group LLC in the amount of $397,589.50.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-09

Dated:  New York, New York
        August 18, 2009

					_____
					HONORABLE JED S. RAKOFF
					UNITED STATES DISTRICT JUDGE

| Victim Name | Contact Name | Address1 | Address2 | Address3 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|---|
| Bayer, Alletta | | 8 Robertson Terrace | | | Mill Valley | California | 94941 | $ 94,653.00 |
| Concordia Advisors LLC/ Concordia Partners L.P. | Strauss, Audrey | Fried Frank Harris Shriver & Jacobson LLP | One New York Plaza | | New York | New York | 10004 | $ 22,297,222.33 |
| Elliot Associates, L.P./ Elliot International L.P. | Naftalis, Gary | Kramer, Levin, Naftalis & Frankel LLP | 1178 Avenue of the Americas | | New York | New York | 10036 | $ 99,850,000.00 |
| Eton Park Asset Management LLC | Seymour, Karen | Sullivan & Cromwell LLP | 125 Broad Street | | New York | New York | 10004 | $ 71,345,223.48 |
| Fortress | Witzel, Steven | Freid Frank Harris Shriver & Jacobson LLP | One New York Plaza | | New York | New York | 10004 | $ 84,430,895.56 |
| Lion Button | Rohde, Bridget | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | The Chrysler Center | 666 Third Avenue | New York | New York | 10017 | $ 1,650,000.00 |
| Meyer Venture Partners, LP/Meyer & co. LLC | Abrahams, Robert | Schulte Roth & Zabel LLP | 919 Third Avenue | | New York | New York | 10022 | $ 13,378,333.34 |
| Novator | Sussman, Eric | Kay Scholer LLP | 3 First National Plaza | 70 West Madison Street, Suite 4100 | Chicago | Illinois | 60602 | $ 13,123,975.01 |
| Paul Gardi | Carpenito, Craig | ALSTON & BIRD, LLP | 90 PARK AVE | | New York | New York | 10016 | $ 6,349,093.00 |
| Perella Weinberg Partners/ Xerion Capital Partners | Polks, Jonathan | Weil Gotshal & Manges LLP | 757 Fifth Ave. | | New York | New York | 10153 | $ 35,752,159.04 |
| Philip Marks | | 215 E. 68th Street, Apt. 11M | | | New York | New York | 10065 | $ 807,394.00 |
| The Unsecured Creditors of 360networks (USA) inc. | Kingham, Esq., T. Barry | Curtis, Mallet-Provost, Colt & Mosle LLP | 101 Park Avenue | | New York | New York | 10178-0061 | $ 38,596,354.56 |
| Counter-Tech Investigations Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 33,280.89 |
| Nike, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 243,124.32 |
| Gino Green, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 18,192.00 |
| Nautica Rail USA, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 1,774.84 |
| GTFM, LLC | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 4,722.38 |
| Nautica Apparel, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 4,965.06 |

| Victim Name | Contact Name | Address1 | Address2 | Address3 | City | State | Zip Code | Loss |
|---|---|---|---|---|---|---|---|---|
| Tommy Hilfiger, U.S.A. Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 3,826.71 |
| COOGI Partners LLC | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 47,650.00 |
| Diesel, U.S.A. Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 4,331.90 |
| adidas America, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 6,258.33 |
| Rock & Republic Enterprises, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 4,999.14 |
| Seven For All Mankind | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 1,080.31 |
| I.C. Isaacs & Company, Inc. | Feinberg, Martin J. | Olshan Grundman | Park Avenue Tower | 65 East 55th Street | New York | New York | 10022 | $ 1,500.00 |