

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2010

***By Fax***
The Honorable Jed S. Rakoff           *United States v. Marc Dreier*,
United States District Court             S1 09 Cr. 85 (JSR)
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

The Honorable Miriam Goldman Cedarbaum    *SEC v. Dreier*,
United States District Court             08 Civ. 10617 (MGC)
Southern District of New York
500 Pearl Street, Room 1330
New York, New York 10007

The Honorable Stuart M. Bernstein, Chief Judge    *In re: Dreier LLP*, 08-15051 (SMB)
United States Bankruptcy Court          *In re: Marc S. Dreier*, 09-10371 (SMB)
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004

           *Re: Letter to Panel from counsel for Fortress Capital Management*
                       *and others, dated January 12, 2010*

Dear Judges Rakoff, Cedarbaum, and Chief Judge Bernstein:

      The Government respectfully writes in response to the letter submitted this morning by counsel for Fortress Investment Group LLC ("Fortress") and others, in which counsel requests an adjournment of any discussion at today's hearing of the GSO settlement agreements, so that counsel may resolve unspecified representational issues. Counsel writes that, yesterday, "it became clear that the settlement agreement reached between the [USAO-SDNY] and GSO, which was filed with Judge Rakoff on December 23, 2009, is contingent on the approval of the GSO settlement with the Trustees." However, this is incorrect. The Government's agreement with GSO (the "GSO Consent Order of Forfeiture," dated December 21, 2009) is a stand-alone agreement that is not contingent upon any agreements between GSO and the Trustees.

      The letter also suggests that the representational issues became apparent in part as a result

January 12, 2010
Page 2

of "the details contained in the status report filed by the government yesterday afternoon." However, the Status Report does not disclose any new information about the terms of the agreements, which are clear on their face. Counsel for Fortress has known about the exact terms of the Government's agreements with GSO and the Trustee for nearly three weeks. As noted in the Status Report, the Government filed its proposed agreement with GSO (the GSO Consent Order of Forfeiture), and its proposed agreement with the Chapter 11 Trustee (the "Coordination Agreement"), three weeks ago, on December 23, 2009. Counsel has also known that GSO had reached an agreement with the Trustees, as that agreement is explicitly referenced in the Coordination Agreement. On Friday, the Trustees filed a motion in the bankruptcy proceedings for approval of their agreement with GSO.

But even prior to the Government's filings on December 23, 2009, counsel for Fortress was aware of the key issues at play in the settlement discussions. In the months of negotiations that led to the settlement agreements, the Government had numerous meetings and conversations with counsel for Fortress, in which the Government advised counsel of its position on settlement issues with GSO and of the general progress of the negotiations. Thus, there was simply no new information contained in yesterday's Status Report that exposed the "representational issues" raised today.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York
                                          Attorney for the Plaintiff
                                          United States of America

By: _____
                       Sharon Cohen Levin
                       Anna E. Arreola
                       Jeffrey E. Alberts
                       Jonathan R. Streeter
                       Matthew L. Schwartz
                       Assistant United States Attorneys
                       (212) 637-1060/2218/1038/2272/1945

January 12, 2010
Page 3


cc (by email):
    Sheila M. Gowan, Dreier LLP Chapter 11 Trustee
    Howard D. Ressler, Esq. (counsel for Sheila M. Gowan, Dreier LLP Trustee)
    Salvatore LaMonica, Dreier Chapter 7 Trustee
    Gary F. Herbst, Esq. (counsel for Salvatore LaMonica, Dreier Chapter 7 Trustee)
    Howard Goldstein, Esq. (counsel for Fortress Investment Group LLC)
    Robert M. Abrahams, Esq. (counsel for Meyer Venture Partners, LP)
    Janice Mac Avoy, Esq. (counsel for Concordia Advisors LLC)
    Karen Patton Seymour, Esq. (counsel for Eton Park Capital Management LP)
    Jonathan D. Polkes, Esq. (counsel for Perella Weinberg Partners)
    David M. Brodsky, Esq. (counsel for GSO Capital Partners LP)
    Clement Farley, Esq. (counsel for Wachovia Bank, N.A.)
    Joseph Lubertazzi, Jr., Esq. (counsel for Wachovia Bank, N.A.)
    Kevin S. Reed, Esq. (counsel for Heathfield Capital Limited)
    T. Barry Kingham, Esq. (counsel for 360networks (USA) inc.)
    Tracy L. Klestadt, Esq. (counsel for the Creditors' Committee)