```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :    09 Cr. 085 (JSR)
                                     :
MARC DREIER,                         :    MEMORANDUM
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Before the Court are several proposed settlement agreements and stipulations among the United States Attorney's Office for the Southern District of New York, the bankruptcy trustees for the estates of defendant and Dreier LLP, and various other affected parties. Still other affected parties have raised objections. Because of the need to have the parties notified of the Court's determination prior to the hearing scheduled for February 2, 2010 before the Honorable Stuart M. Bernstein, Chief Judge of the U.S. Bankruptcy Court for the Southern District of New York, the Court hereby gives notice of its intent to issue a written opinion and ruling that will approve all the proposed settlements in their current form. That opinion and ruling will issue no later than February 5, 2010 but may not be ready before the February 2 conference before Chief Judge Bernstein.

Dated: New York, NY
       January 29, 2010

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-10