Though *Cosmetics Plus* docket items are unavailable, *some* documents were copied by Laser prior to redaction.

Another example of PACER docket manipulation is the Delaware Bankruptcy case RDVA/ Domain Home Furnishings (case 08-10132). In this case Mark Minuti who is counsel for Barry Gold in the eToys Bankruptcy case; and thus, he is disguised counsel for Barry Gold in eToys, who is also partners in Asset Disposition Advisers, LLC ("ADA"), formed in April 2001, prior to the appointment of Barry Gold as CEO of eToys.

In the RDVA case, Minuti was co-counsel with Dreier LLP, who filed the RDVA bankruptcy case 08-10132, in 2008. Then, Frederick Rosner, another of Traub's TBF disguised local counsel in Delaware, marched the eToys case around, from one firm to another, all the way back to Frederick Rosner opening his new firm: Rosner Law Group.

Rosner's firm is speciously listed as counsel for RDVA, Debtor, **while simultaneously being listed as counsel for the Creditors and the Trustee of RDVA**. This item is so ridiculous, the bad faith, the abandonment of oversight, the breach of all Bankruptcy protections for creditors; and this Docket will likely "***be corrected***" as soon as they become aware of this letter pointing out the facts.

Hence, out of an abundance of caution, the following is proof on the PACER docket sheet today of the Rosner Law Group and Mark Minuti (Barry Gold's attorney – and thus Traub's attorney, as they are partners in ADA) for RDVA.



Below is the Docket sheet demonstrating that **Rosner is also counsel for the Trustee** with MNAT:



The following picture appears to be the result of somebody paying attention to the fact that there is a need for special conflicts' counsel. This possibly explains why the RDVA PACER docket filings have not yet vanished from the record. However, there is still a Fraud on the Court transpiring since MNAT is Traub's partner in Goldman Sachs' and Bain Capital's crimes. Specifically, the signature shown is that of Derek C. Abbott, who is a well-established participant in the eToys fraud.



Furthermore, there are Dreier LLP bankruptcy cases existing while Traub was a partner of Dreier LLP that are also vanishing, apparently to hide Traub's false testimony and claims. This includes the KB bankruptcy (Bank. DE 04-10120), and many more, including Zainy Brainy (Bank. DE 01-01749), FAO Schwartz (Bank. DE 03-10119), Kitchen Inc. (Bank. DE 04-11701), NWL Holdings (Bank. DE 08-12847), and The Big Party Corporation bankruptcy (Bank. DE 00-02852), which all must be independently reviewed.

As shown at the hotlink below to the Delaware Bankruptcy Court Opinion in eToys [13] (or at the reported citation) which discusses the infection of the entire case with conflicts of interest and fiduciary violations. Though many of the abuses of discretion, breaches of fiduciary duties and manifest duplicity are recited by the Court, and, when these massive, endemic violations are recognized, the Court inexplicitly erects an artificial barrier around Traub, Barry Gold and MNAT.

Both the US Trustee and the Delaware Bankruptcy went out of their way to avoid properly seeking disqualification of those parties who admitted that they failed to disclose conflicts of interest in a Bankruptcy proceeding.

Rather, faced with the "smiling, damned villain,"[14] the Court, without any basis or reason, then determines that it would ignore the Fraud on the Court—and allowed the case to remain infected until its closing in 2015.

The Court even manages to determine that [whistleblower] Laser and his company, CLI's claims are moot, even after the Opinion acknowledges the retention Orders of CLI, and then the Court acted against its own opinion, saying: that it ***"shouldn't punish plaintiff and reward conflicted attorneys."***

It is a simple choice, though a hard one, because when the truth comes out, the heavens may fall. The fact remains that an untenable stack of cards has been built unfathomably high for the continuous protection of Goldman Sachs' and Bain Capital's frauds in many Courts.

Had the Delaware Bankruptcy Court or any other agency having Oversight actually performed their fiduciary duty, perhaps the massive Ponzi Schemes, like Marc Dreier, Tom Petters and Allen Stanford (Tagg and Mitt Romney Solamere entity involved), they might have been mitigated or stopped completely.[15] Also, perhaps Marty Lachner and others might still be alive today.

Counsel awaits this Court's further instruction on unraveling the massive crimes and corruption involving missing vast amounts of money from many Dreier related cases, especially since these parties are powerful enough to make PACER docket records vanish.

Yet, the clear manipulations in the Dreier related cases can be reversed since Fraud on the Court has no statute of limitations, and, there are, as it is well known, honest Trustees, and parties, who seek Justice.

Hopefully these extraordinary manipulations and iniquities described herein will move the Court to action, the substance of which is of course left to Your Honor's discretion.

Given the indisputable connection now shown between MNAT, TBF, Dreier, Petters, Goldman Sachs and Bain Capital, which took years to untangle, due to the willful blindness of

---

[13] eToys Opinion http://www.deb.uscourts.gov/sites/default/files/opinions/judge-mary-f.walrath/etoysmnatfees.pdf   In re eToys, 331 BR 176 (Bank. DE 2005).
[14] Spoken by Hamlet after having just encountered the ghost of his father, who was, as he tells his son, poisoned by his own brother Claudius. Hamlet, Act 1, Scene 5, 105-109.
[15] Also, according to Laser, perhaps, Marty Lackner, Michael Sesseyoff and John ("Jack") Wheeler, might be alive today.

numerous Federal Authorities, perhaps this Court can now assist in righting those wrongs which in the Dreier cases.

The facts and circumstances substantiated herein, and to which this Honorable Court is referred concern such enormous degrees of reprehensible conduct that shakes the conscience. But these crimes are, at bottom, nothing more than human weakness; and that can't be killed, even with a gun. Nevertheless, the facts are now put before a Court with the hope of a remedy.

I believe that the following quote may perhaps encapsulate some of the aspects of the depravity of these Cases.

As stated by **King Claudius:**

O, my offense is rank, it smells to heaven,
It hath the primal eldest curse upon't—
A brother's murder. Pray can I not,
Though inclination be as sharp as will.[16]

It is readily apparent that the cui bono is for Goldman Sachs and Bain Capital and its significant executives and owner. We believe that the hubris of the parties has reached the realm that will not tolerate the existence of a racketeering enterprise, that conducted a pattern that has remained unrepentant, and unremorsefully perpetrated intentional fraud on the Courts.

Sincerely,

David H. Relkin

---

[16] The reference to the fear of God that has been put into King Claudius by the drama Hamlet produced at court. As Hamlet had hoped, the play—which recreated Claudius's fratricide—caught Claudius's conscience. In this soliloquy, Claudius confesses the deed and recoils at its smell. It is "rank" (that is, "rancid"); indeed, so rank that the vile odor wafts to heaven. Thus, Claudius is reminded that his crime is the same as Cain's, a crime marked by the "primal eldest curse." Unfortunately for Claudius, although his inclination to repent is as "sharp as will" (a powerful desire), yet he is unable to pray for forgiveness, because of his inestimable wealth and unwillingness to forfeit these ungodly gains. Hamlet, Act 3, Scene 3, 36-39.