```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA          :
                                  :          09 Cr. 85
                                  :
                                  :            ORDER
            -v-                   :
                                  :
MARC DREIER                       :

       Defendant.
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On November 29, 2015, David H. Relkin, Esq., although not counsel to either party in this closed case, filed without the Court's permission or knowledge a notice of appearance, stating that he was appearing as counsel for "whistleblower Steven ('Laser') Haas and Collateral Logistics, Inc." On December 7, 2015, again without permission, Mr. Relkin filed a "Corrected Notice of Appearance" on behalf of the same person and entity. On December 8, 2015, Mr. Relkin, unsolicited, called Chambers, spoke to the Court's law clerk, and sought permission "to bring to the Court's attention criminal activity by Paul Traub in connection with this case." After consultation with the undersigned, the law clerk informed Mr. Relkin that he could address a letter to the Court, copying all relevant parties including the defendant Dreier's attorney and the U.S. Attorney. Instead, on February 10, 2016, Mr. Relkin filed a lengthy letter

1

on ECF, making a litany of allegations, none of which appears to relate in any discernible way to this criminal case. Accordingly, no further action will be taken by the Court on this matter, and Mr. Relkin is prohibited from filing any further documents on the 09 Cr. 85 docket, or initiating any further contact with the Court.

Dated:     New York, NY
           February 14, 2016                    JED S. RAKOFF, U.S.D.J.